E-FILED: 9/4/2008

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| HAROLD VAN ALFRED, | No. CV 06-5907-GHK (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CHRIS CHRONES, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 9/1/08

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE